UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAUL A. GIBSON,

                  Plaintiff,

                                         8:15-CV-267
        -v-                                 (DNH/CFH)

NYS OLYMPIC REGIONAL DEVELOPMENT
AUTHORITY,

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

PAUL A. GIBSON
Plaintiff pro se
93 Newman Road
Lake Placid, NY 12946


DAVID N. HURD
United States District Judge


**DECISION and ORDER**

Pro se plaintiff Paul A. Gibson filed this employment discrimination action on March 10, 2015. On March 13, 2015, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that pursuant to review under 28 U.S.C. § 1915 and § 1915A, plaintiff's complaint be dismissed for failure to comply with the pleading standards and failure to state a claim. However, Magistrate Judge Hummel recommended that alternatively, in light of his pro se status, prior to dismissing plaintiff's complaint in its entirety, he be provided an opportunity to amend his complaint to expand upon the facts that would support his claim for entitlement to relief. No objections to the Report-

Recommendation were filed, despite that plaintiff was afforded an extension of over thirty days to submit any objections.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Pursuant to a review under 28 U.S.C. § 1915 and § 1915A, plaintiff's complaint is DISMISSED for failure to comply with the pleading standards and failure to state a claim, unless within thirty (30) days of the date of this Decision and Order, plaintiff submits an amended complaint which complies with the Federal Rules of Civil Procedure;

2. If plaintiff does not submit an amended complaint within thirty (30) days of the date of this Decision and Order, the complaint will be DISMISSED without further order; and

3. The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

Dated: August 26, 2015
     Utica, New York.

United States District Judge